# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MAMADOU LY, as Beneficiary of the Estate of MAXWELL LY, Deceased, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RIPLEY ENTERTAINMENT, INC., )<br>d/b/a RIDE THE DUCKS, et al., )<br>)<br>Defendants. ) | Case No. 6:18-cv-03225-MDH |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Stipulation for Dismissal With Prejudice (Doc. 150) wherein in accordance with Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Mamadou Ly, as Beneficiary of the Estate of Maxwell Ly, deceased, and Ride the Ducks International, LLC, and Herschend Family Entertainment Corporation stipulate to the dismissal with prejudice of the of the above-captioned action against Defendants, Ride the Ducks International, LLC, and Herschend Family Entertainment Corporation, with each side to bear its respective costs and attorney's fees. They further state that the dismissal stipulation resolves all pending claims and causes of action herein and no claims or causes of action remain.

Within the Stipulation for Dismissal With Prejudice, Plaintiff also acknowledges receipt from Ride the Ducks International, LLC, and Herschend Family Entertainment Corporation of the settlement amounts referenced in this Court's December 17, 2020, Order (Doc. 147) in full and complete satisfaction of said Order.

The Court notes that Plaintiff Mamadou Ly has also filed a Satisfaction of Judgment (Doc. 149) which acknowledges full and complete satisfaction of the judgment in this case against Defendants Ride the Ducks International, LLC, and Herschend Family Entertainment Corporation.

WHEREFORE, after reviewing the Stipulation for Dismissal with Prejudice (Doc. 150) and Plaintiff Mamadou Ly's Satisfaction of Judgment (Doc. 149), the Court hereby dismisses this case in its entirety, with prejudice, and with each party to bear its respective costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: January 25, 2021

                                                           */s/ Douglas Harpool*
                                                           **DOUGLAS HARPOOL**
                                                           **UNITED STATES DISTRICT JUDGE**